No. 09–11293.  IN RE OLIVER;
No. 09–11317.  IN RE BLAMEY;
No. 09–11321.  IN RE ALLAH;
No. 09–11326.  IN RE COLEMAN;
No. 09–11494.  IN RE SKURDAL;
No. 09–11534.  IN RE KENDRICK;
No. 09–11546.  IN RE MITCHELL, AKA ALLAH;
No. 10–129.  IN RE CARTER;
No. 10–194.  IN RE FLORANCE;
No. 10–5252.  IN RE GAFFNEY;
No. 10–5270.  IN RE EMORY;
No. 10–5329.  IN RE SMITH;
No. 10–5416.  IN RE RAYFORD;
No. 10–5592.  IN RE WYLDES;
No. 10–5627.  IN RE PRYOR;
No. 10–5628.  IN RE TATUM;
No. 10–5642.  IN RE O'CONNOR;
No. 10–5660.  IN RE DEL RIO;
No. 10–5770.  IN RE BAKER;
No. 10–5849.  IN RE PINA;
No. 10–5906.  IN RE WADE;
No. 10–5915.  IN RE LUCIOUS;
No. 10–5959.  IN RE CHISUM;
No. 10–5970.  IN RE PENDLETON;
No. 10–5980.  IN RE CIAMBRONE;
No. 10–5994.  IN RE DANIELS; and
No. 10–6152.  IN RE FAIR.  Petitions for writs of habeas corpus denied.

No. 09–11232.  IN RE REMMERT.  Petition for writ of habeas corpus denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 09–11389.  IN RE WILLIAMS.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.  As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.